OAKWOOD TRAINING FACILITY, DEPARTMENT FOR HUMAN RESOURCES, Commonwealth of Kentucky, Movant,

v.

**Callie SEARS, Respondent.**

Supreme Court of Kentucky.

Sept. 1, 1981.

Reconsideration Denied Nov. 3, 1981.

James S. Carroll, Carroll & Knippenberg, Lexington, for movant.

Charles J. McEnroe, Mandt, McEnroe & Polk, Somerset, for respondent.

OPINION AND ORDER

The Court, having considered the briefs of movant and respondent and having heard oral argument in this matter, is of the opinion that discretionary review was improvidently granted.

This Court's order granting discretionary review, 613 S.W.2d 137, is vacated and the case is remanded to the Court of Appeals for final disposition.

All concur except LUKOWSKY, J., who was not sitting.

ENTERED September 1, 1981.

/s/ John S. Palmore
Chief Justice